UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :
        v.                        :          CRIMINAL NO. 1:08-CR-433
                                  :
JAMES MURPHY,                     :
        Defendant                 :


*O R D E R*


And now, this 23rd day of May, 2017, upon consideration of Defendant James Murphy's motion (Doc. 221) to correct a clerical error pursuant to Federal Rule of Criminal Procedure 36, it is ORDERED that the motion is DENIED. It is FURTHER ORDERED that Defendant's motion (Doc. 223) to compel his presence and appoint counsel at a hearing on his motion to correct a clerical error, and his motion (Doc. 224) to proceed *in forma pauperis*, are DISMISSED as MOOT.


                                  /s/ William W. Caldwell
                                  William W. Caldwell
                                  United States District Judge